UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY RYAN STARNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | **CASE NO. 5:24-CV-00221-M-RJ** |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on May 6, 2025 [DE 18], the final decision of the Commissioner is REVERSED, and the court REMANDS this matter for further proceedings consistent with this order.

This Judgment filed and entered on May 7, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

May 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Tyjuana Griffin
Deputy Clerk