IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00221-M-RJ

TIMOTHY RYAN STARNES,

    Plaintiff,

v.

FRANK BISIGNANO,
*Commissioner of Social Security*

    Defendant.

ORDER

This matter comes before the court on Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [DE 20] and the parties' Stipulation for Payment of Attorney Fees [DE 22]. Having reviewed both filings as well as well as the Affidavit of Support [DE 21] and all supporting documentation, Plaintiff's motion is GRANTED IN PART, and the court AWARDS Plaintiff attorney's fees in the amount of $7,280.61.[1]

If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be mailed or electronically sent to Olinsky Law Group, 250 S Clinton St Ste 210, Syracuse NY 13202, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees

---

[1] Plaintiff initially requested $7,663.80 in attorney's fees. DE 20. However, the parties have since stipulated and agreed that an award of $7,280.61 is sufficient to satisfy "any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412." DE 22 at 1. Accordingly, the court will award fees in the amount specified in the stipulation.

under the Equal Access to Justice Act.

SO ORDERED this **8th** day of August, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE