UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TIMOTHY RYAN STARNES,  )
    Plaintiff,  )
                           )      **JUDGMENT**
    v.  )
                            )      Case No. 5:24-CV-221-M
FRANK J. BISIGNANO,  )
Commissioner of Social Security,  )
    Defendant.  )

**Decision by Court.**

      This action came before United States District Judge Richard E. Myers, II for consideration of the Plaintiff's Motion for Attorney Fees [DE-20].

      IT IS ORDERED, ADJUDGED AND DECREED the Plaintiff's Motion [DE-20] is granted in part and the court awards Plaintiff attorney fees in the amount of $7,280.61.

<u>This judgment filed and entered on August 8, 2025, with *electronic service* upon:</u>

**Russell Bowling**
*Counsel for Plaintiff*

**Sarah Hibbert**
**Cathleen McNulty**
**Wanda Mason**
*Counsel for Defendant*

                                                              **PETER A. MOORE, JR.**
                                                              **CLERK, U.S. DISTRICT COURT**

<u>DATE: August 8, 2025</u>                            /s/ *Shelia D. Foell*
                                                     (By): Shelia D. Foell, Deputy Clerk